UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
TINA CABISCA.
                Plaintiff

    v                                              SUMMONS
                                                          Case No.

CITY OF ROCHESTER, NEW YORK,
DARYL HOGG, JAYSON PRINZI, NOLAN WENGERT,
CARRIE BERKSTRESSER AND K. TURNER

                Defendants

_____

To the above named Defendants
    City of Rochester
    30 Church Street               City of Rochester Police Department
    Rochester, NY 14614         C/o City of Rochester
                                         30 Church Street
                                         Rochester, New York 14614

DARYL HOGG                            JAYSON PRINZI
City of Rochester Police Department      City of Rochester Police Department
C/o City of Rochester                    C/o City of Rochester
30 Church Street                           30 Church Street
Rochester, New York 14614             Rochester, New York 14614

NOLAN WENGERT                   CARRIE BERKSTRESSER
City of Rochester Police Department      City of Rochester Police Department
C/o City of Rochester                    C/o  City of Rochester
30 Church Street                           30 Church Street
Rochester, New York 14614             Rochester, New York 14614

K. TURNER
City of Rochester Police Department
C/o  City of Rochester
30 Church Street
Rochester, New York 14614

  YOU ARE HEREBY SUMMONED and required to Serve upon Plaintiff's Attorney

  E. ROBERT FUSSELL
  46 Wolcott Street, Suite One
  Le Roy New York 14482
  585 768 2240

  an Answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, Judgment will be taken against you by default for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service,

            Dated:

_____    _____

Clerk


_____

(By) Deputy Clerk