policy and procedure for handling a distressed person were wantonly disregarded by the above named officers.

Opinions in this report are based upon my specialized training, domestic and international experiences, and expertise in the field of Law Enforcement, Domestic and International Police Investigations and Training. All opinions are provided with a reasonable degree of professional certainty within the field of law enforcement and security. It is assumed that the information, materials, and official documents, provided to me are correct. At this point in the development of this case incident, I do not know whether I will be using demonstrative aids during my testimony. Should I decide to use any such tool, I will either submit a supplemental response or be prepared to discuss or testify to the same during any scheduled deposition or trial testimony.

Respectfully submitted,

James A. Williams