AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| Tina Cabisca <br> *Plaintiff* <br> v. <br> City of Rochester, New York, et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 14-CV-6485-JWF |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: it finds in plaintiff's favor on her state law claim for battery and her claim for excessive force under 42 U.S.C. § 1983. The Court finds in favor of defendants on all other causes of action. The Court awards plaintiff $50,000 in compensatory damages, $40,000 of which is attributable to Officer Hogg and $10,000 of which is attributable to Officer Prinzi.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☒ tried by Judge Jonathan W. Feldman without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 11/07/2019

CLERK OF COURT

s/Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*